UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

SAIFUDDIN BIN ABDUL-AZIZ,              :

                         Plaintiff        :        26-CV-02792 (JAV) (KHP)

                 -v-             :        ORDER

JON HALL, *President & CEO, sued in his individual*   :
*capacity*, et al.,

                     Defendants.  :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On April 28, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that, Plaintiff shall file any amended complaint by **May 19, 2026**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by **June 9, 2026**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by **June 23, 2026**, and any reply shall be filed by **June 30, 2026**.

       If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **May 19, 2026**, and Defendant shall file any reply by **May 26, 2026**.

SO ORDERED.

Dated:  April 29, 2026
        New York, New York               _____
                                     JEANNETTE A. VARGAS
                                     United States District Judge