UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SAIFUDDIN BIN ABDUL-AZIZ,                                       :
:
                               Plaintiff        :        26-CV-02792 (JAV) (KHP)
:
              -v-                               :                ORDER
:
JON HALL, *President & CEO, sued in his individual*   :
*capacity*, et al.,                             :
:
                               Defendants.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On April 28, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 17. On May 18, 2026, Plaintiff filed what the Court construes as an opposition to the motion to dismiss. ECF No. 24. Accordingly, pursuant to the Court's April 29, 2026 Order, the deadline for Defendant to submit any reply is May 26, 2026.

SO ORDERED.

Dated: May 22, 2026
       New York, New York              _____
                                       JEANNETTE A. VARGAS
                                       United States District Judge